*Joseph M. Schwartz* for motion.

*John O'Brien* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that no question as to the constitutional validity of any statutory provision is involved and because the order refusing to vacate the prior judgment and orders does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEVENTH & FIFTIETH REALTY CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued November 20, 1947; decided January 15, 1948.

*Sophia L. C. Battistella* and *Jules Shapiro* for appellant.

*Charles E. Murphy, Corporation Counsel (Morris Handel, Edith I. Spivack* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

ADELAIDE APPLEBAUM, an Infant, by PAULINE APPLEBAUM, Her Guardian ad Litem, Respondent, *v.* BOARD OF EDUCATIÓN OF THE CITY OF NEW YORK, Appellant.

Argued November 18, 1947; decided January 15, 1948.